```
 1                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Criminal No.
 3                                            06-10156-WGY

 4

 5

 6   * * * * * * * * * * * * * * * *
                                    *
 7   UNITED STATES OF AMERICA       *
                                    *
 8   v.                             *    SENTENCING EXCERPT
                                    *
 9   LUIS ALICEA                    *
                                    *
10   * * * * * * * * * * * * * * * *

11

12             BEFORE:  The Honorable William G. Young,
                            District Judge
13

14

15

16

17

18

19

20

21

22

23
                                          1 Courthouse Way
24                                        Boston, Massachusetts

25                                        November 5, 2008
```

1      **THE COURT:**  Mr. Luis Alicea, in consideration of
2      the principles set forth in 18 United States Code, Section
3      3553(a), the information from the United States Attorney,
4      your attorney, the probation officer, and yourself, this
5      Court sentences you to 42 months in the custody of the
6      United States Attorney General.  The Court credits you with
7      the entire time that you have been in custody since
8      April 3rd, 2006 until the present; and the Court expressly
9      states that if the Bureau of Prisons were not to give credit
10     from March 9, 2007 to October 19th, 2007, this sentence is
11     to be reduced day by day if they don't give you credit for
12     that.  I intend that he have credit from April 3rd, 2006 to
13     the present.
14          The Court places you thereafter on five years of
15     supervised release.  The specific conditions of your
16     supervised release are that you're prohibited from
17     possessing a firearm, destructive device, or other dangerous
18     weapon.
19          Immediately upon your release from custody you are
20     to reside for a period of up to six months in a residential
21     reentry center or a residential substance abuse treatment
22     center, halfway house, or residential sober setting deemed
23     suitable by the probation office.  You're to participate in
24     a program for substance abuse as directed by the probation
25     office which program may include testing not to exceed 104

1   drug tests per year.  You are not to consume alcoholic
2   beverages.  You shall participate in a GED or similar adult
3   education program during the terms of your supervised
4   release.
5           You will have no fine due to your inability to pay
6   a fine.
7           The Court imposes upon you a special assessment of
8   $100.
9           Let me explain this sentence.  I hear you say that
10  you would like a chance, but of course you've been given a
11  chance over and over again and you've thrown those chances
12  away.
13          Here's what's different.  Because, Mr. Alicea, I
14  believe in you.  You have kept yourself drug-free.  That did
15  not prevent you from engaging in this crime.  That did not
16  prevent you from taking the heroin when it was offered.  I
17  pray that you are never in such a situation again.  And I've
18  given you the longest possible term of supervised release to
19  help you.  I cannot just set you at liberty and say that
20  time served is enough.  It's not enough for distributing
21  heroin.  You, above all people, should know exactly what
22  heroin does to you.  However, sensitive to the command, the
23  congressional command in the statute that a sentence be long
24  enough but not longer than required to accomplish the ends
25  of the criminal justice system, sensitive to the fact that

```
 1    there not be unwarranted disparity among defendants, it
 2    cannot be that you get a longer sentence than Mr. Diaz,
 3    notwithstanding the fact that you have a much longer
 4    criminal record.  That, therefore, is the sentence of the
 5    Court.
 6              You have the right to appeal from any findings or
 7    rulings the Court has made against you.  Should you appeal
 8    and should your appeal be successful in whole or in part and
 9    you come back for resentencing you'll be resentenced before
10    another judge.
11              Should your appeal be successful -- strike that.
12    Should an appeal be decided upon, Mr. Carney, I instruct you
13    to order transcript in this session of the Court before
14    filing your notice of appeal because I'll turn it right
15    around.
16              Do you understand?
17              **MR. CARNEY:**  Yes, sir.
18              **THE COURT:**  That's the sentence of the Court.
19              Yes?
20              **THE PROBATION OFFICER:**  Your Honor, might I clarify
21    something --
22              **THE COURT:**  Please.
23              **THE PROBATION OFFICER:**  -- with respect to
24    computation.
25              We did actually call the BOP with some questions
```

| | |
|---|---|
| 1 | anticipating possibly questions on the computation.  And it |
| 2 | seems to me that they will not credit that middle time |
| 3 | period.  I understand the way the Court's imposed the |
| 4 | sentence.  I just want to clarify for the Court that -- |
| 5 | **THE COURT:**  Well, if they're not going to do |
| 6 | that -- |
| 7 | **THE PROBATION OFFICER:**  My understanding is that |
| 8 | they won't. |
| 9 | **THE COURT:**  -- then let's, then let's subtract -- |
| 10 | the sentence is a 42 month sentence. |
| 11 | **THE PROBATION OFFICER:**  Correct. |
| 12 | **THE COURT:**  If I subtract those, I think it's seven |
| 13 | months and ten days, what does that come to? |
| 14 | **THE PROBATION OFFICER:**  It's approximately seven |
| 15 | and-a-half months.  So it would be 34 and one-half months. |
| 16 | So you could round up or down to achieve that same result. |
| 17 | **THE COURT:**  No, I'm going to -- then I'm going to |
| 18 | revise it.  He's sentenced to 34 and one-half months in the |
| 19 | custody of the United States Attorney General.  And he gets |
| 20 | credit for the related state charges from April 3rd, 2006 to |
| 21 | March 9th, 2007, and from October 19th, 2007 to the present. |
| 22 | **THE PROBATION OFFICER:**  Your Honor, with respect to |
| 23 | the actual sentence, I believe that the BOP sentence has to |
| 24 | be a number of days or a number of exact months.  I could be |
| 25 | wrong on that, but just to avoid any confusion on the BOP's |

```
 1    behalf.
 2             THE COURT:  It's, what did I say, 34 months, 15
 3    days.
 4             THE PROBATION OFFICER:  Okay.  Thank you, your
 5    Honor.
 6             THE COURT:  Thank -- no, I thank you.
 7             That's the sentence of the Court.
 8             MR. CARNEY:  Thank you, your Honor.
 9             (Whereupon the Court and the Clerk conferred.)
10             MR. CARNEY:  I have a suggestion, your Honor.
11             THE COURT:  Yes.
12             MR. CARNEY:  If it were 34 months exactly we
13    eliminate any arithmetic difficulties to anyone.
14             THE COURT:  Thirty-four months, fifteen days.
15             MR. CARNEY:  Yes, your Honor.
16             THE COURT:  We'll recess.
17             THE CLERK:  All rise.  Court is in recess.
18             MR. CARNEY:  Thank you, your Honor.
19             (Whereupon the matter concluded.)
20
21
22
23
24
25
```